Case 10-46358 Doc 8 Filed 10/22/10 Entered 10/25/10 07:45:02 Desc Main Document Page 1 of 1

10-46358:5.0:Application BOP (Official Form 3B)(12/07) Parts:Main_Document Entered: 10/18/2010 11:30:24 AM by:Nicole Holmes Page 4 of 4

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Bernard S Hirschbrie__
Debtor(s)

Case No. __10 B 46358__

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. __DEBTOR SCHEDULES NOT FILED AS OF 10/22/10 AW__

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __74.50__ on or before __11/21/10__

$ __74.50__ on or before __12/21/10__

$ __75.00__ on or before __1/20/11__

$ __75.00__ on or before __2/19/11__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __10/22/10__

BY THE COURT:

__J. Cox__ _Jacqueline P. Cox_
United States Bankruptcy Judge